IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-02378-RPM

MICHELLE TAFOYA,

        Plaintiff,

v.

HUERFANO COUNTY SHERIFF JOHN SALAZAR and
ALAN RUIZ,

        Defendants.

---

ORDER OF DISMISSAL

---

       Upon consideration of Plaintiff's Motion to Dismiss Claims Against Defendant Alan Ruiz and for Entry of Final Judgment (Doc. #71), filed on January 29, 2007, and pursuant to the Order entered by the Tenth Circuit Court of Appeals on December 5, 2006, in this matter, it is

       ORDERED that Plaintiff's claims against Defendant Alan Ruiz in this action are dismissed with prejudice.

       Dated:   January 30th , 2007

                                       BY THE COURT:

                                       s/Richard P. Matsch

                                       Richard P. Matsch, Senior District Judge