IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-02378-RPM-CBS

MICHELLE TAFOYA,

       Plaintiff,

v.

HUERFANO COUNTY SHERIFF JOHN SALAZAR,

       Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

       Pursuant to the conference convened today, it is

       ORDERED that a pretrial conference is scheduled for **October 17, 2008, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on October 10, 2008.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

       Dated: April 9th, 2008

                                   BY THE COURT:

                                   s/Richard P. Matsch

                                   _____
                                   Richard P. Matsch, Senior District Judge