IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-02378-RPM-CBS

MICHELLE TAFOYA,

        Plaintiff,

v.

HUERFANO COUNTY SHERIFF JOHN SALAZAR,

        Defendant.

## ORDER SETTING TRIAL DATE

Pursuant to the conference convened today, it is

ORDERED that this matter is set for trial to jury on **December 8, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: April 9th, 2008

        BY THE COURT:

        s/Richard P. Matsch

        Richard P. Matsch, Senior District Judge