IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-02378-RPM-CBS

MICHELLE TAFOYA,

    Plaintiff,

v.

HUERFANO COUNTY SHERIFF JOHN SALAZAR

    Defendant.

---

**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Upon consideration of the parties' Stipulated Motion to Dismiss with Prejudice, and request for an Order dismissing this action, it is

    ORDERED that Plaintiff's Complaint is Dismissed with Prejudice, each party to bear their own costs and fees, including attorney fees.

    DATED THIS 9th day of July 2008.

    By the Court:

    s/Richard P. Matsch

    _____
    Richard P. Matsch
    United States District Court Judge